UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ20-760 |
|     Plaintiff, ) | Dist. Id. No. CR20-140 DCN |
|     v. ) | DETENTION ORDER |
| RYAN M. TICHY, ) | |
|     Defendant. ) | |

<u>Offense charged</u>:   Wire Fraud; Aggravated Identity Theft: False Representation of a Social Security Number

<u>Date of Detention Hearing</u>:   November 25, 2020.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has been indicted in the District of Idaho on the above listed charges. He has waived an identity hearing in that matter. He is also charged with violation of supervised release in this District and an evidentiary revocation hearing has been scheduled in that matter, CR08-237 RSL. He was not interviewed by Pretrial Services and he does not contest detention. His criminal record includes outstanding warrants for new charges.

2. Defendant poses a risk of nonappearance based on history of failing to appear, history of failing to comply with court orders, and outstanding warrants, as well as lack of verified background information. Defendant poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 25th day of November, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3